NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATIONAL ORGANIZATION OF VETERANS'
ADVOCATES, INC.,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

**PARALYZED VETERANS OF AMERICA,**
*Petitioner,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

**VETERANS OF MODERN WARFARE
AND NATIONAL VETERANS LEGAL SERVICES
PROGRAM,**
*Petitioners,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

**WOUNDED WARRIOR PROJECT
AND VIETNAM VETERANS OF AMERICA,**

*Petitioners,*

v.

**SECRETARY OF VETERANS AFFAIRS,**
*Respondent.*

---

2010-7136, -7139, -7142, 2011-7041

---

On petition for review pursuant to 38 U.S.C. Section 502.

---

**ON MOTION**

---

**ORDER**

Wounded Warrior Project and Vietnam Veterans of America's moves without opposition to consolidate 2011-7041 with 2010-7136, -7139, -7142.

The movants indicate that they intend to join the brief filed by the Veterans of Modern Warfare et al.*

IT IS ORDERED THAT:

---

\* Because they are represented by the same counsel as the petitioners in 2010-7142, the movants may not file a brief separate from the brief filed in that case. The court transmits a copy of this order to the merits panel to inform the panel that the brief filed in 2010-7142 is joined by the petitioners in 2011-7041 and that no separate opening brief in 2011-7041 is filed.

(1) The motion is granted. The revised official caption is reflected above. A copy of this order shall be transmitted to the merits panel assigned to hear this matter.

(2) The Secretary should calculate his consolidated brief due date from the date of filing of this order.

FOR THE COURT

JAN 2 1 2011                        /s/ Jan Horbaly

Date                                Jan Horbaly
                                    Clerk

cc:  Douglas J. Rosinski, Esq.
     Barton F. Stichman, Esq.
     Michael P. Horan, Esq.          FILED
     Scott D. Austin, Esq.      U.S. COURT OF APPEALS FOR
                                   THE FEDERAL CIRCUIT
s19
                                    JAN 2 1 2011

                                    JAN HORBALY
                                    CLERK